764 A.2d 1052

**Warren DURHAM, Jr., Petitioner,**

v.

**Christopher McELYNN, Respondent.**

**No. 500 W.D. Alloc. Dkt. 2000.**

Supreme Court of Pennsylvania.

Dec. 13, 2000.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2000, the Motion for leave to file reply brief to respondent's brief pursuant to Rules of Appellate Procedure, Rule 2113(d) is denied without prejudice to petitioner's ability to withdraw federal constitutional claims at an appropriate time.